HEALTHLOGIC PARTNERS, L.L.C.

VERSUS

KIMBERLY OWEN

NO. 22-CA-47

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

Linda Wiseman

First Deputy Clerk

November 28, 2022

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Hans J. Liljeberg

**DENIED**

**FHW**
**SMC**
**HJL**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court



SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/28/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-CA-47**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (District Judge)
Albert J. Nicaud (Appellee)          Jeffrey M. Siemssen (Appellee)          James C. Cronvich (Appellant)
Jordan T. Leblanc (Appellant)

### MAILED

Bret D. Guepet, Jr. (Appellee)          Clarence F. Favret, III (Appellant)
Will C. Griffin (Appellee)              Attorney at Law
Attorneys at Law                        650 Poydras Street
3000 18th Street                        Suite 2300
Metairie, LA 70002                      New Orleans, LA 70130